IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ERIC ELLIS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-cv-00234-O-BP |
| | § | |
| **BEN E. KEITH COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED in part**. Plaintiff's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 1981, and the Fourth Amendment to the Constitution are **DISMISSED**. Plaintiff's state law claims are **REMANDED** to the 352nd Judicial District Court of Tarrant County, Texas.

**SO ORDERED** on this **30th day** of **October 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**